# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00061-CV

**Bethany Melissa Stratford-Matlock, Appellant**

**v.**

**State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT
### NO. 186,888-A, HONORABLE RICK MORRIS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Bethany Melissa Stratford-Matlock has notified this Court that she wishes to have this appeal dismissed because the district court has granted her a new trial. We grant appellant's motion to voluntarily dismiss this appeal.

G. Alan Waldrop, Justice

Before Justices B. A. Smith, Puryear and Waldrop

Dismissed on Appellant's Motion

Filed:   February 23, 2006